|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | UNITED STATES DISTRICT COURT |
| 8 | | CENTRAL DISTRICT OF CALIFORNIA |
| 9 | | |

| | | |
|---|---|---|
| 10 | CAROLYN BOLIN, ET AL., | Case No. EDCV 16-676-DMG (KK) |
| 11 | Plaintiff(s), | |
| 12 | v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| 13 | PACIFIC GAS AND ELECTRIC COMPANY, ET AL., | |
| 14 | | |
| 15 | Defendant(s). | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.

    On June 28, 2018, Plaintiffs filed Objections to the Report and Recommendation attaching various unauthenticated exhibits. Dkt. 195. On July 9, 2018, Plaintiffs filed an Addendum to their Objections. Dkt. 198. On July 23, 2018, Defendant filed a Response to Plaintiffs' Objections. Dkt. 202.

    The Court has engaged in de novo review of those portions of the Report to which Plaintiffs have objected. The Court finds (1) the Objections fail to address the Court's recommendation granting Defendants' Motion to Terminating Sanctions; and (2) the exhibits attached to the Objections do not support Plaintiffs' Opposition to summary judgment because they are (a) either untimely or

duplicative of Plaintiffs' submissions in support of their Opposition to Defendant's Motion for Summary Judgment, (b) inadmissible lay opinion, and (c) fail to establish causation even if considered on the merits. Therefore, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Defendant's Motions for Terminating Sanctions are GRANTED; (2) Defendant's Motion for Summary Judgment is GRANTED; and (3) Judgment shall be entered DISMISSING this action with prejudice.

Dated: September 28, 2018

HONORABLE DOLLY M. GEE
United States District Judge